**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **Debra Finan** | : | |
| **Debtor** | : | Chapter 13 |
| | : | |
| **Debra Finan** | : | Bankruptcy No. 19-13496 AMC |
| **Movant** | : | |
| v. | : | |
| | : | |
| **Wells Fargo Bank, N.A.** | : | |
| **Respondent** | : | |

# ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of EXPEDITED MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES, Respondent's Answer thereto, and the record as a whole, it is hereby

**ORDERED** that EXPEDITED MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES is denied without the following provision:

1) Debtor shall include in the Order that either Wells Fargo Bank, N.A. will be paid in full subject to a proper payoff quote at the time of closing or that any sale short of full payoff will be subject to Wells Fargo Bank, N.A.'s final approval.

2) Closing is required within 30 days of the payoff quote date or a new payoff is required within 30 days of closing.

**By The Court:**

_____

**Ashely M. Chan**
**U.S. Bankruptcy Judge**

cc:

Jerome Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

BRAD J. SADEK, Esquire
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

William C. Miller, Esq., Esquire (Trustee)
P.O. Box 1229
Philadelphia, PA 19105